IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY HANSON,

    Plaintiff,

v

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

Case No.:  8:13-cv-02516-VMC-TBM

Hon.  Virginia M. Hernandez Covington

## DISMISSAL BY STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties voluntarily dismiss this suit WITH PREJUDICE by the consent of all parties.  This resolves the last pending matter and closes the case.  The parties shall bear their own costs and fees except as otherwise agreed.

Respectfully submitted:

Dated:  January 27, 2014

_____/s/ Kathy L. Houston_____
Kathy L. Houston (FL Bar #56042)
Huron Law Group Florida, PLLC
Attorneys for Plaintiff
30600 Telegraph Rd., Ste. 1240
Bingham Farms, MI  48025
(248) 440-7322
khouston@huronlawgroup.com

Stipulated to by:

Dated:  January 27, 2014

_____/s/ Kenneth C. Grace_____
Kenneth C Grace (FL Bar #0658464)
Sessions, Fishman, Nathan & Israel
Attorneys for Defendant
3350 Buschwood Park Dr., Ste. 195
Tampa, FL  33618
(813) 890-2465
kgrace@sessions-law.biz

1